*380
 
 Mr. Justice STRONG
 

 delivered the opinion of the court.
 

 The contract in these eases was for the payment or delivery of a specified weight of pure gold, solvable in coined money. They are, therefore, governed by the decisions-heretofore made by this court in
 
 Bronson
 
 v.
 
 Rodes,
 
 and
 
 Butler
 
 v.
 
 Horwitz.
 
 It follows that the judgments entered in the Superior Court were erroneous. They should have been entered for coined dollars and parts of dollars, instead of treasury notes equivalent in market value to the value in coined money of the stipulated weight of pure gold.
 

 Judgment
 
 in each case reversed, and the causes remanded with instructions to enter judgment in accordance with the
 

 Foregoing opinion.